**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                               NO. 4:04CR00291-14 JLH

NADINE WEBB                                                                                                      DEFENDANT

### ORDER

The Court conducted a hearing on Thursday, January 29, 2009, to address the pending motion and supplemental motion to revoke probation filed by the government in this matter. United States Attorney Jane Duke was present for the government. The defendant, Nadine Webb, appeared in person with her attorney, Federal Public Defender Jenniffer Horan. U.S. Probation Officer Selina Earsa was also present.

Following witness testimony and argument by counsel, as well as defendant's admissions, the Court found that the violations had occurred. However, for the reasons stated on the record, the Court denied the motions to revoke, but modified the conditions of probation. Documents #747 and #758.

IT IS THEREFORE ORDERED that defendant Nadine Webb's conditions of probation are hereby modified to include the following:

- The term of probation is hereby extended one (1) year, with the new expiration date being April 11, 2010.

- The defendant will continue to reside at the City of Faith halfway house an additional six (6) months, or until July 28, 2009.

- The defendant must participate, under the guidance and supervision of the probation officer in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol throughout the course of treatment.

- The defendant must participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

- The defendant must pay the special penalty assessment balance of $75.00 immediately.

- The defendant must turn over her bank account card (or ATM card) to the City of Faith to ensure that her housing accommodations are paid for.

All other conditions of probation remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 30th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE